FILED 08 DEC 03 15:17 USDC-ORM

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| GARY E. CONMY, | ) | |
| | ) | |
| Plaintiff, | ) | CV-07-1511-CL |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| MICHAEL J. ASTRUE | ) | |
| | ) | |
| Defendant | ) | |

Based on the record, IT IS ORDERED AND ADJUDGED that this case is REMANDED

for further proceedings consistent with the Opinion and Order of this court filed December 3,

2008.

Dated this _3_ day of December, 2008.

Mark D. Clarke
United States Magistrate Judge

1 - JUDGMENT