DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

FILED '09 FEB 12 15:00 USDC-ORM

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Gary Conmy

**Plaintiff,**

vs.                                          Civil No. 07-cv-01511-CL

**Commissioner of Social Security**

**Defendant.**

**ORDER GRANTING AWARD OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of $5.86, costs in the amount of $9.20, and attorney's fees in the amount of $4013.99, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this 12 day of February, 2009.

_____
Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**